**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **File no.:  3:04 CR 106-MU** |
| **v.** | ) | **ORDER** |
| | ) | |
| **DEMONTRELL WILLIAMS WHITE** | ) | |

      **THIS MATTER** comes before the Court on Defense Counsel's Motion for Interim Payment in the amount of $3,500.00. For good cause shown, this motion is **GRANTED**.

      **IT IS THEREFORE ORDERED** that interim payment be made payable to defense counsel on the above case regarding the above referenced defendant. Prior to release of these funds, Defense Counsel is to file a completed CJA-20 form, including a letter requesting the aforementioned interim payment.

      Signed: June 29, 2006

      Graham C. Mullen
      United States District Judge